UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard O'Boyle
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
Counsel to Debtor
By:  Mark E. Norgaard, Esq. (MN - 7407)

**Order Filed on June 10, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

NIEVES L. LARA-DELGADO

                              Debtor.

Case No.:          19-14615

Chapter:               13

Judge:                  RG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 10, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Norgaard O'Boyle _____, the applicant, is allowed a fee of $ _____ 1,443.41 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 1,443.41 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

□ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ n/a _____ per month for _____ n/a _____ months to allow for payment of the above fee.

*rev.8/1/15*

2