UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, N.A., et al.

In Re:

Nieves Lara-Delgado,

Debtor.

Case No.:    19-14615-RG

Chapter:    13

Hearing Date:    02/05/2020

Judge:    Gambardella

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Motion for Relief re: 293 Highwood Street, Teaneck, NJ (Docket # 33)

_____

Date: 1/30/2020                      /s/ Denise Carlon
                                                                            Signature

*rev.8/1/15*