# MESTER & SCHWARTZ, P.C.

1333 Race Street
Philadelphia, PA 19107

(267) 909-9036
Fax (215) 665-1393

April 13, 2020

VIA ELECTRONIC MEANS
Judge Rosemary Gambardella
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:  Debtor:     Nieves L. Lara-Delgado
     Case No.:   19-14615-RG

Dear Judge Gambardella,

My office represents Capital One Auto Finance, a division of Capital One, N.A. in the above-referenced bankruptcy. We request that the Motion for Relief from the Automatic Stay docketed at number 26 and filed on August 17, 2019 be relisted for hearing. Although the matter was marked "Order to Be Submitted," the parties have ultimately not been able to come to an agreement.

Very truly yours,

Jason Brett Schwartz

cc:  Mark E. Norgaard