Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−14615−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nieves L Lara−Delgado
   293 Highwood Ave
   Teaneck, NJ 07666−3217

Social Security No.:
   xxx−xx−9295

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/20 at 10:00 AM

to consider and act upon the following:

*26* − Motion for Relief from Stay re: 2011 Toyota Camry. Fee Amount $ 181. Filed by Jason Brett Schwartz on behalf of Capital One Auto Finance. Hearing scheduled for 8/21/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification in Support of Motion # 2 Exhibit "A" # 3 Exhibit "B" # 4 Exhibit "C" # 5 Form 16A # 6 Proposed Order # 7 Statement as to Why No Brief is Necessary # 8 Certificate of Service) (Schwartz, Jason)

Dated: 4/14/20

                            Jeanne Naughton
                            Clerk, U.S. Bankruptcy Court