Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14615−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nieves L Lara−Delgado
293 Highwood Ave
Teaneck, NJ 07666−3217

Social Security No.:
xxx−xx−9295

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/20/20 at 10:00 AM

to consider and act upon the following:

**44** − Objection to Debtor(s) Attorney's Application for Compensation (related document:41 Third Application for Compensation for Norgaard, O'Boyle & Hannon, Debtor's Attorney, period: 9/10/2019 to 2/11/2020, fee: $967.50, expenses: $24.10. Filed by Mark E Norgaard, Norgaard, O'Boyle & Hannon. Objection deadline is 4/20/2020. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order)) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 4/17/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court