UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

Case No.: 19-14615-RG

Chapter 13

**In Re:**

**NIEVES L. LARA-DELGADO,**

**Debtor**

Hearing Date: May 6, 2020

Judge: Rosemary Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ✓ Withdrawn

Matter: Motion for Relief from Automatic Stay

Date: April 27, 2020

/s/ Jason Brett Schwartz
Signature

*rev. 8/1/15*