Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14615−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nieves L Lara−Delgado
   293 Highwood Ave
   Teaneck, NJ 07666−3217

Social Security No.:
   xxx−xx−9295

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/3/20 at 10:00 AM

to consider and act upon the following:

*50* − Certification in Opposition to (related document:48 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 293 Highwood Street, Teaneck NJ 07666. Fee Amount $ 181. filed by Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1, 39 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1. Objection deadline is 05/7/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1) filed by Mark E Norgaard on behalf of Nieves L Lara−Delgado. (Norgaard, Mark)

Dated: 4/28/20

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 19-14615-RG
Nieves L Lara-Delgado                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Apr 28, 2020
                             Form ID: ntchrgbk        Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
db          Nieves L Lara-Delgado,    293 Highwood Ave,    Teaneck, NJ 07666-3217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 28 2020 23:12:37
              CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON,    4515 N SANTA FE AVE,
              OKLAHOMA CITY, OK 73118-7901
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 28 2020 23:00:40      Exeter Finance LLC,
              c/o Hogan Data Operations,    4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:05
              Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
               the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
               Series 2007-OPX1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association as trustee on
               behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through
               Certificates, Series 2007-OPX1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark E Norgaard    on behalf of Debtor Nieves L Lara-Delgado mnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;184grandno@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6