Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–14615–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nieves L Lara–Delgado
293 Highwood Ave
Teaneck, NJ 07666–3217

Social Security No.:
xxx–xx–9295

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 20, 2019.

On 04/30/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date: June 3, 2020
Time: 08:30 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 30, 2020
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Nieves L Lara-Delgado
    Debtor

Case No. 19-14615-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2            Date Rcvd: Apr 30, 2020
                              Form ID: 185               Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2020.
```
db              Nieves L Lara-Delgado,    293 Highwood Ave,    Teaneck, NJ 07666-3217
518067816       ARS,   1643 NW 136th Ave Bldg H,    City of Sunrise, FL 33323-2857
518067815       Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH 44333-8203
518067817       Awa Collections,    PO Box 6605,    Orange, CA 92863-6605
518067827       EOS CCA,    PO Box 981002,    Boston, MA 02298-1002
518228316       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
518067824       Emergency Physician Services of NJ,    718 Teaneck Rd,    Teaneck, NJ 07666-4245
518213787       Emergency Physician Services of NJ PA,    PO Box 1123,    Minneapolis, MN 55440-1123
518067825       Emergency Physician Services of NJ,    718 Teaneck Rd,    Teaneck, NJ 07666-4245
518067828      +Faloni & Assoc.,    165 Passaic Ave Ste 301B,    Fairfield, NJ 07004-3592
518067830       HRRG,    PO Box 8486,    Coral Springs, FL 33075-8486
518067829      +Holy Name Medical Center,    718 Teaneck Rd,    Teaneck, NJ 07666-4281
518067831       KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518067834       MTA Bridges & Tunnels,    Violations Processing Center,    PO Box 15186,   Albany, NY 12212-5186
518241656      +MidFirst Bank,    999 NorthWest Grand Blvd.,    Oklahoma City, OK 73118-6051
518067833       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
518067837       NHCAC,    800 31st St,    Union City, NJ 07087-2428
518067838       NY State Higher ED,    99 Washington Ave,    Albany, NY 12210-2822
518067839       NYC Human Resources Admin,    250 Church St Fl 8,    New York, NY 10013-3429
518067842       Progressive Insurance,    c/o Caine & Weiner,    5805 Sepulveda Blvd Fl 4,
                 Sherman Oaks, CA 91411-2532
518067843       Specialized Loan Services,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518067846       Tolls By Mail,    PO Box 15183,    Albany, NY 12212-5183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2020 23:21:45      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2020 23:21:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 30 2020 23:27:22
                 CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON,    4515 N SANTA FE AVE,
                 OKLAHOMA CITY, OK 73118-7901
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 30 2020 23:25:41      Exeter Finance LLC,
                 c/o Hogan Data Operations,    4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 23:26:17
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518067818       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 30 2020 23:25:51
                 Capital One Auto Finance,    CB Disputes Team,    PO Box 259407,    Plano, TX 75025-9407
518099012      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 30 2020 23:25:39
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518160619      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 30 2020 23:25:39
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
518173212      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2020 23:27:36
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518067819       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2020 23:26:27
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
518067821       E-mail/Text: kzoepfel@credit-control.com Apr 30 2020 23:21:45      Credit Control, LLC,
                 5757 Phantom Dr Ste 330,    Hazelwood, MO 63042-2429
518067822       E-mail/PDF: creditonebknotifications@resurgent.com Apr 30 2020 23:26:35      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
518067823       E-mail/PDF: pa_dc_ed@navient.com Apr 30 2020 23:25:45     Dept of Ed/Navient,
                 123 S Justison St Fl 3,    Wilmington, DE 19801-5360
518067826       E-mail/Text: bknotice@ercbpo.com Apr 30 2020 23:21:48      Enhanced Recovery Company,
                 PO Box 57547,    Jacksonville, FL 32241-7547
518141550       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 23:25:51      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518067832       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 23:25:52      LVNV Funding LLC,
                 c/o Resurgent Capital Service,    PO Box 1269,    Greenville, SC 29602-1269
518102897       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 23:25:53      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518067835       E-mail/Text: Bankruptcies@nragroup.com Apr 30 2020 23:22:22      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
518067836      +E-mail/PDF: pa_dc_claims@navient.com Apr 30 2020 23:27:26      Navient,    123 S Justison St Fl 3,
                 Wilmington, DE 19801-5363
518173348      +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Apr 30 2020 23:20:47
                 Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,    PO Box 8961,
                 Madison, WI 53708-8961
518262408       E-mail/PDF: pa_dc_claims@navient.com Apr 30 2020 23:27:27
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
518067840       E-mail/Text: janicemorgan@optimum.net Apr 30 2020 23:22:20      PDAB Inc.,    98 Ford Rd Ste 3B,
                 Denville, NJ 07834-1356
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Apr 30, 2020
                              Form ID: 185             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518067841        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 23:26:37
                  Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4962
518067844        E-mail/Text: appebnmailbox@sprint.com Apr 30 2020 23:21:41       Sprint,    PO Box 4191,
                  Carol Stream, IL  60197-4191
518067845        E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 23:26:18       SYNCB/Care Credit,
                  PO Box 965036,    Orlando, FL  32896-5036
518067847        E-mail/Text: bankruptcydepartment@tsico.com Apr 30 2020 23:22:14       Transworld Systems, Inc.,
                  5626 Frantz Rd,    Dublin, OH  43017-1559
518067849        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2020 23:20:37
                  Verizon,    500 Technology Dr Ste 300,    Weldon Spring, MO  63304-2225
518067848        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2020 23:20:37
                  Verizon,    PO Box 650584,    Dallas, TX  75265-0584
518239660       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2020 23:27:36        Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518067850        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2020 23:20:37
                  Verizon Wireless,    PO Box 650051,    Dallas, TX  75265-0051
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
518067820      ##+Cord Blood Registry, Inc.,    611 Gateway Blvd Ste 820,    South San Francisco, CA 94080-7029
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
               the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
               Series 2007-OPX1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association as trustee on
               behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through
               Certificates, Series 2007-OPX1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark E Norgaard    on behalf of Debtor Nieves L Lara-Delgado mnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;184grandno@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```