UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association as trustee on behalf of

In Re:

Nieves L. Lara-Delgado

Case No.: _____19-14615 RG_____

Chapter: _____13_____

Hearing Date: _____

Judge: _Rosemary Gambardel_la

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Notice of Request for Mortgage FOrbearance filed on June 8, 2020

docket number 67

Date: 6/22/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*