UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Engel, Mark B.

Case No.:  19-20646-KCF

Chapter:  7

Judge:  Kathryn C. Ferguson

**NOTICE OF PROPOSED ABANDONMENT**

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on September 22, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 2 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
40 Steven Lane
Lakewood, NJ

Valued at: $929,000.00

Liens on property:

MTGLQ Investors, LP
$925,930.37

Amount of equity claimed as exempt:

$10,000.00

Objections must be served on, and requests for additional information directed to:

Name:  Andrea Dobin, Trustee

Address:  McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*