UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon Scotland & Baumann, LLC
Andrea Dobin, Esq.
427 Riverview Plaza
Trenton, NJ  08611
Counsel to Andrea Dobin, Trustee

In Re:

MARK B. ENGEL

Case No.: 19-20646(KCF)

Chapter: 7

Hearing Date: 8/11/20

Judge: Ferguson

## CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, Andrea Dobin, Esq., certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

The matter titled Motion to Compel Debtor to Cooperate and filed on _____ was marked "order to be submitted," and

☑ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

☐ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Each party's name and relationship to the case is as follows:

| NAME | RELATIONSHIP TO CASE |
|---|---|
|  | ☐ Trustee |
|  | ☐ U.S. Trustee |
| Mark B. Engel | Debtor |
|  |  |
|  |  |

2

I certify under penalty of perjury that the foregoing is true.

Date: 8/21/2020   /s/ Andrea Dobin
Signature

*new.8/1/18*