Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14615−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nieves L Lara−Delgado
293 Highwood Ave
Teaneck, NJ 07666−3217

Social Security No.:
xxx−xx−9295

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/15/21 at 10:00 AM

to consider and act upon the following:

**98** − Certification in Opposition to (related document:96 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 293 Highwood Street, Teaneck NJ 07666. Fee Amount $ 181. filed by Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1, 39 Order on Motion For Relief From Stay, 48 Creditor's Certification of Default filed by Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1, 63 Order (Generic), 81 Creditor's Certification of Default filed by Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1, 87 Application re: Entry of Consent Order in Lieu of Motion filed by Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1, 88 Order(Generic)) filed by Denise E. Carlon on behalf of U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1. Objection deadline is 11/18/2021. (Attachments: # 1 Exhibit "A" # 2 Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1) filed by Mark E Norgaard on behalf of Nieves L Lara−Delgado. (Norgaard, Mark)

Dated: 11/15/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court