MARK E NORGAARD
NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631

Re:  NIEVES L LARA-DELGADO            Atty:  MARK E NORGAARD
     293 HIGHWOOD AVE                         NORGAARD O'BOYLE
     TEANECK, NJ  07666-3217                  184 GRAND AVENUE
                                              ENGLEWOOD, NJ  07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 19-14615

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $91,840.00**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/03/2019 | $1,200.00 | 5756730000 | 05/13/2019 | $1,200.00 | 5853539000 |
| 06/03/2019 | $1,200.00 | 5910173000 | 07/12/2019 | $1,240.00 | 6010069000 |
| 08/21/2019 | $1,240.00 | 6110973000 | 09/10/2019 | $1,240.00 | 6166914000 |
| 10/10/2019 | $1,240.00 | 6245739000 | 11/18/2019 | $1,275.00 | 6338756000 |
| 12/16/2019 | $1,275.00 | 6407973000 | 02/03/2020 | $1,275.00 | 6526000000 |
| 03/02/2020 | $1,275.00 | 6599738000 | 03/30/2020 | $1,275.00 | 6669548000 |
| 04/20/2020 | $1,275.00 | 6722628000 | 05/29/2020 | $800.00 | 6823089000 |
| 06/24/2020 | $800.00 | 6886057000 | 07/09/2020 | $800.00 | 6929706000 |
| 08/17/2020 | $800.00 | 7017387000 | 09/29/2020 | $800.00 | 7118507000 |
| 10/26/2020 | $800.00 | 7182680000 | 12/02/2020 | $800.00 | 7276013000 |
| 02/08/2021 | $800.00 | 7440774000 | 03/08/2021 | $810.00 | 7510465000 |
| 04/06/2021 | $800.00 | 7582640000 | 05/17/2021 | $1,590.00 | 7672502000 |
| 06/02/2021 | $1,110.00 | 7702464000 | 06/28/2021 | $1,110.00 | 7769724000 |
| 08/02/2021 | $1,110.00 | 7850387000 | 09/02/2021 | $1,110.00 | 7920077000 |
| 11/01/2021 | $1,120.00 | 8047201000 | 11/15/2021 | $1,120.00 | 8083369000 |
| 11/22/2021 | $1,120.00 | 8098610000 | | | |

**Total Receipts: $33,610.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $33,610.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 07/15/2019 | $59.53 | 829,282 | 08/19/2019 | $35.57 | 831,240 |
| | 10/21/2019 | $19.88 | 835,281 | 11/18/2019 | $35.12 | 837,369 |
| | 01/13/2020 | $36.12 | 841,181 | 02/10/2020 | $36.12 | 843,061 |
| | 03/16/2020 | $35.79 | 844,961 | 04/20/2020 | $6.43 | 846,912 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
| | 07/15/2019 | $1,932.66 | 829,640 | 08/19/2019 | $1,154.83 | 831,636 |
| | 10/21/2019 | $645.58 | 835,671 | 11/18/2019 | $1,140.40 | 837,737 |
| | 01/13/2020 | $1,172.58 | 841,533 | 02/10/2020 | $1,172.58 | 843,419 |
| | 03/16/2020 | $1,161.90 | 845,340 | 03/16/2020 | $11.01 | 845,340 |
| | 04/20/2020 | $208.69 | 847,278 | 05/18/2020 | $1,197.35 | 849,125 |
| | 05/18/2020 | $13.33 | 849,125 | 06/15/2020 | $1,129.41 | 850,819 |
| | 06/15/2020 | $18.09 | 850,819 | 07/20/2020 | $708.65 | 852,642 |
| | 07/20/2020 | $11.35 | 852,642 | 08/17/2020 | $1,456.66 | 854,498 |
| | 08/17/2020 | $23.34 | 854,498 | 09/21/2020 | $728.33 | 856,336 |
| | 09/21/2020 | $11.67 | 856,336 | 06/21/2021 | $382.07 | 872,538 |
| | 06/21/2021 | $8.83 | 872,538 | 07/19/2021 | $1,019.84 | 874,315 |
| | 07/19/2021 | $23.56 | 874,315 | 08/16/2021 | $1,019.84 | 876,005 |
| | 08/16/2021 | $23.56 | 876,005 | 09/20/2021 | $1,019.84 | 877,761 |
| | 09/20/2021 | $23.56 | 877,761 | 10/18/2021 | $1,019.84 | 879,506 |
| | 10/18/2021 | $23.56 | 879,506 | 12/13/2021 | $1,032.13 | 882,835 |
| | 12/13/2021 | $31.87 | 882,835 | 01/10/2022 | $2,064.26 | 884,483 |
| | 01/10/2022 | $63.74 | 884,483 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,956.23 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 9,734.30 | 100.00% | 9,734.30 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,282.12 | * | 0.00 | |
| 0006 | CORD BLOOD REGISTRY INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 1,559.77 | * | 0.00 | |
| 0009 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | EMERGENCY PHYSICIAN SERVICES OF N | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | EMERGENCY PHYSICIAN SERVICES OF N | UNSECURED | 549.00 | * | 0.00 | |
| 0016 | HOLY NAME MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | MTA BRIDGES & TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | NHCAC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | NY STATE HIGHER ED | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | NYC HUMAN RESOURCES ADMIN | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 9,734.14 | * | 0.00 | |
| 0028 | PROGRESSIVE INSURANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | SYNCB/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SPRINT | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | TOLLS BY MAIL | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 930.59 | * | 0.00 | |
| 0037 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 267.51 | * | 0.00 | |
| 0039 | CAPITAL ONE BANK USA NA | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | HOLY NAME MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | HOLY NAME MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | MTA BRIDGES & TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | MTA BRIDGES & TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | MTA BRIDGES & TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | ECMC | UNSECURED | 53,601.82 | * | 0.00 | |
| 0047 | NAVIENT SOLUTIONS LLC ON BEHALF O | UNSECURED | 22,433.27 | * | 0.00 | |
| 0048 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 264.56 | 100.00% | 264.56 | |
| 0049 | MIDFIRST BANK | MORTGAGE ARRE | 63,259.79 | 100.00% | 21,367.44 | |
| 0050 | SPECIALIZED LOAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | LVNV FUNDING LLC | UNSECURED | 1,542.65 | * | 0.00 | |
| 0052 | MIDFIRST BANK | (NEW) MTG Agree | 1,581.00 | 100.00% | 287.47 | |

**Total Paid: $33,610.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $33,610.00     -    Paid to Claims: $21,919.47    -    Admin Costs Paid: $11,690.53    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.