Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14615−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nieves L Lara−Delgado
   293 Highwood Ave
   Teaneck, NJ 07666−3217

Social Security No.:
   xxx−xx−9295

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:        2/16/22
Time:        10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
$2534.00

EXPENSES
$13.31

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 24, 2022
JAN:

                                            Jeanne Naughton
                                            Clerk

Case 19-14615-RG    Doc 105    Filed 01/26/22    Entered 01/27/22 00:14:55    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court
District of New Jersey

In re:  
Nieves L Lara-Delgado  
    Debtor

Case No. 19-14615-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 24, 2022      Form ID: 137      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nieves L Lara-Delgado, 293 Highwood Ave, Teaneck, NJ 07666-3217 |
| 518067816 | | ARS, 1643 NW 136th Ave Bldg H, City of Sunrise, FL 33323-2857 |
| 518067815 | | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 518067817 | | Awa Collections, PO Box 6605, Orange, CA 92863-6605 |
| 518067820 | | Cord Blood Registry, Inc., 6550 S Bay Colony Dr Ste 100, Tuscon, AZ 85756-7150 |
| 518067827 | | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 518067824 | | Emergency Physician Services of NJ, 718 Teaneck Rd, Teaneck, NJ 07666-4245 |
| 518213787 | | Emergency Physician Services of NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518067825 | | Energency Physician Services of NJ, 718 Teaneck Rd, Teaneck, NJ 07666-4245 |
| 518067828 | + | Faloni & Assoc., 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |
| 518067830 | | HRRG, PO Box 8486, Coral Springs, FL 33075-8486 |
| 518067829 | + | Holy Name Medical Center, 718 Teaneck Rd, Teaneck, NJ 07666-4281 |
| 518067834 | | MTA Bridges & Tunnels, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 518067837 | | NHCAC, 800 31st St, Union City, NJ 07087-2428 |
| 518067838 | | NY State Higher ED, 99 Washington Ave, Albany, NY 12210-2822 |
| 518067839 | | NYC Human Resources Admin, 250 Church St Fl 8, New York, NY 10013-3429 |
| 518067836 | + | Navient, 123 S Justison St Fl 3, Wilmington, DE 19801-5363 |
| 518067842 | | Progressive Insurance, c/o Caine & Weiner, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 518067843 | | Specialized Loan Services, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 518067846 | | Tolls By Mail, PO Box 15183, Albany, NY 12212-5183 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2022 20:33:04 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2022 20:33:11 | Exeter Finance LLC, c/o Hogan Data Operations, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 24 2022 20:33:16 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518067818 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 24 2022 20:33:06 | Capital One Auto Finance, CB Disputes Team, PO Box 259407, Plano, TX 75025-9407 |
| 518099012 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 19-14615-RG    Doc 105    Filed 01/26/22    Entered 01/27/22 00:14:55    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 137 | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 24 2022 20:33:11 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518160619 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2022 20:33:18 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518173212 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2022 20:33:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518067819 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 20:33:17 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518067821 | | Email/Text: clientservices@credit-control.com | Jan 24 2022 20:30:00 | Credit Control, LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 518067822 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2022 20:33:05 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518067823 | | Email/PDF: pa_dc_ed@navient.com | Jan 24 2022 20:33:04 | Dept of Ed/Navient, 123 S Justison St Fl 3, Wilmington, DE 19801-5360 |
| 518228316 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 24 2022 20:30:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518067826 | | Email/Text: bknotice@ercbpo.com | Jan 24 2022 20:30:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518141550 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 20:33:21 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518067832 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 20:33:06 | LVNV Funding LLC, c/o Resurgent Capital Service, PO Box 1269, Greenville, SC 29602-1269 |
| 518102897 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 20:33:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518241656 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 24 2022 20:33:16 | MidFirst Bank, 999 NorthWest Grand Blvd., Oklahoma City, OK 73118-6051 |
| 518067833 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 24 2022 20:33:17 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518067835 | | Email/Text: Bankruptcies@nragroup.com | Jan 24 2022 20:31:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 518173348 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 24 2022 20:30:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 518262408 | | Email/PDF: pa_dc_ed@navient.com | Jan 24 2022 20:33:04 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518067840 | | Email/Text: janicemorgan@optimum.net | Jan 24 2022 20:31:00 | PDAB Inc., 98 Ford Rd Ste 3B, Denville, NJ 07834-1356 |
| 518067841 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2022 20:33:18 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 518067844 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 24 2022 20:33:17 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 518067845 | | Email/PDF: gecsedi@recoverycorp.com | Jan 24 2022 20:33:15 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518067847 | | Email/Text: bankruptcydepartment@tsico.com | Jan 24 2022 20:31:00 | Transworld Systems, Inc., 5626 Frantz Rd, Dublin, OH 43017-1559 |
| 518239660 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2022 20:33:19 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518067849 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 24 2022 20:30:00 | Verizon, 500 Technology Dr Ste 300, Weldon Spring, MO 63304-2225 |
| 518067848 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

| Recip ID | | | | |
|---|---|---|---|---|
| 518067850 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 24 2022 20:30:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| | | | Jan 24 2022 20:30:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518067831 | ## | KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates  Series 2007-OPX1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates  Series 2007-OPX1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark E Norgaard | on behalf of Debtor Nieves L Lara-Delgado mnorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;184grandno@gmail.com;dtakach@norgaardfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6