NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, New Jersey 07631
Telephone No. (201) 871-1333
Fax No. (201) 871-3161
Counsel to Debtors
By: Mark E. Norgaard, Esq.
    MN-7407

|  |  |  |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY NEWARK VICINAGE |
| Nieves L Lara-Delgado | : |  |
|  | : | Chapter 13 |
| Debtors. | : | Case No. 19-14615(RG) Hearing Date: June 15, 2022 @ 10:00am |

## CERTIFICATION IN SUPPORT OF DEBTOR'S OPPOSITION TO THE STANDING TRUSTEE'S MOTION TO DISMISS PETITION

Mark E. Norgaard, Esq. certifies as follows:

1. I am an associate of Norgaard, O'Boyle & Hannon, counsel to the Debtors in the above-referenced matter. I write this certification in opposition to the Standing Trustee's Motion to Dismiss Petition.

2. The Standing Trustee's motion to dismiss petition was filed as a result of the Debtors having failed to provide a copy of their 2021 Tax Return. On May 11, 2022 the client provided a copy of same to our office via email and same was scanned and uploaded to the trustee website on May 11, 2022. The Debtor's tax refund for 2021 was $10,471.00, therefore a payment in the amount of $8,471.00 will be made upon receipt of the monies from the IRS. which to date have not yet been received.

I certify that the foregoing statements are true.  I am aware that if the foregoing statements are willfully false, I am subject to punishment.


Dated:  5/11/22                                                          /s/  Mark E. Norgaard
                                                                                      Mark E. Norgaard, Esq.