MARK E NORGAARD
NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631

Re:  NIEVES L LARA-DELGADO　　　　　　　　　　　Atty:  MARK E NORGAARD
293 HIGHWOOD AVE　　　　　　　　　　　　　　　　　　　NORGAARD O'BOYLE
TEANECK,  NJ  07666-3217　　　　　　　　　　　　　　　　184 GRAND AVENUE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ENGLEWOOD, NJ  07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 19-14615

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $100,628.00**

### RECEIPTS AS OF 01/01/2024　　　　　　　　　　　(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/03/2019 | $1,200.00 | 5756730000 | 05/13/2019 | $1,200.00 | 5853539000 |
| 06/03/2019 | $1,200.00 | 5910173000 | 07/12/2019 | $1,240.00 | 6010069000 |
| 08/21/2019 | $1,240.00 | 6110973000 | 09/10/2019 | $1,240.00 | 6166914000 |
| 10/10/2019 | $1,240.00 | 6245739000 | 11/18/2019 | $1,275.00 | 6338756000 |
| 12/16/2019 | $1,275.00 | 6407973000 | 02/03/2020 | $1,275.00 | 6526000000 |
| 03/02/2020 | $1,275.00 | 6599738000 | 03/30/2020 | $1,275.00 | 6669548000 |
| 04/20/2020 | $1,275.00 | 6722628000 | 05/29/2020 | $800.00 | 6823089000 |
| 06/24/2020 | $800.00 | 6886057000 | 07/09/2020 | $800.00 | 6929706000 |
| 08/17/2020 | $800.00 | 7017387000 | 09/29/2020 | $800.00 | 7118507000 |
| 10/26/2020 | $800.00 | 7182680000 | 12/02/2020 | $800.00 | 7276013000 |
| 02/08/2021 | $800.00 | 7440774000 | 03/08/2021 | $810.00 | 7510465000 |
| 04/06/2021 | $800.00 | 7582640000 | 05/17/2021 | $1,590.00 | 7672502000 |
| 06/02/2021 | $1,110.00 | 7702464000 | 06/28/2021 | $1,110.00 | 7769724000 |
| 08/02/2021 | $1,110.00 | 7850387000 | 09/02/2021 | $1,110.00 | 7920077000 |
| 11/01/2021 | $1,120.00 | 8047201000 | 11/15/2021 | $1,120.00 | 8083369000 |
| 11/22/2021 | $1,120.00 | 8098610000 | 02/14/2022 | $1,120.00 | 8272329000 |
| 03/07/2022 | $1,120.00 | 8321832000 | 03/21/2022 | $1,120.00 | 8351266000 |
| 05/02/2022 | $1,120.00 | 8438811000 | 05/23/2022 | $2,240.00 | 8479512000 |
| 05/27/2022 | $2,671.00 | 8489530000 | 07/25/2022 | $1,120.00 | 8605554000 |
| 09/06/2022 | $1,190.00 | 8688606000 | 10/11/2022 | $500.00 | 8762480000 |
| 10/17/2022 | $690.00 | 8772315000 | 10/26/2022 | $500.00 | 8785551000 |
| 11/01/2022 | $690.00 | 8799151000 | 11/14/2022 | $2,300.00 | 8822831000 |
| 12/27/2022 | $1,190.00 | 8898965000 | 01/17/2023 | $1,190.00 | 8943755000 |
| 02/21/2023 | $1,190.00 | 9009506000 | 04/03/2023 | $1,220.00 | 9086952000 |
| 04/13/2023 | $1,927.00 | 9108548000 | 05/01/2023 | $1,220.00 | 9138513000 |
| 05/30/2023 | $1,220.00 | 9191079000 | 06/26/2023 | $1,220.00 | 9239242000 |
| 09/05/2023 | $1,220.00 | 9359632000 | 09/18/2023 | $1,220.00 | 9382868000 |
| 10/03/2023 | $1,220.00 | 9413493000 | | | |

**Total Receipts: $64,028.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $64,028.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 07/15/2019 | $59.53 | 829,282 | 08/19/2019 | $35.57 | 831,240 |
| | 10/21/2019 | $19.88 | 835,281 | 11/18/2019 | $35.12 | 837,369 |
| | 01/13/2020 | $36.12 | 841,181 | 02/10/2020 | $36.12 | 843,061 |
| | 03/16/2020 | $35.79 | 844,961 | 04/20/2020 | $6.43 | 846,912 |
| MIDFIRST BANK | | | | | | |
| | 07/15/2019 | $1,932.66 | 829,640 | 08/19/2019 | $1,154.83 | 831,636 |
| | 10/21/2019 | $645.58 | 835,671 | 11/18/2019 | $1,140.40 | 837,737 |
| | 01/13/2020 | $1,172.58 | 841,533 | 02/10/2020 | $1,172.58 | 843,419 |
| | 03/16/2020 | $1,161.90 | 845,340 | 03/16/2020 | $11.01 | 845,340 |
| | 04/20/2020 | $208.69 | 847,278 | 05/18/2020 | $13.33 | 849,125 |
| | 05/18/2020 | $1,197.35 | 849,125 | 06/15/2020 | $1,129.41 | 850,819 |
| | 06/15/2020 | $18.09 | 850,819 | 07/20/2020 | $708.65 | 852,642 |
| | 07/20/2020 | $11.35 | 852,642 | 08/17/2020 | $1,456.66 | 854,498 |
| | 08/17/2020 | $23.34 | 854,498 | 09/21/2020 | $728.33 | 856,336 |
| | 09/21/2020 | $11.67 | 856,336 | 06/21/2021 | $382.07 | 872,538 |
| | 06/21/2021 | $8.83 | 872,538 | 07/19/2021 | $1,019.84 | 874,315 |
| | 07/19/2021 | $23.56 | 874,315 | 08/16/2021 | $1,019.84 | 876,005 |
| | 08/16/2021 | $23.56 | 876,005 | 09/20/2021 | $1,019.84 | 877,761 |
| | 09/20/2021 | $23.56 | 877,761 | 10/18/2021 | $1,019.84 | 879,506 |
| | 10/18/2021 | $23.56 | 879,506 | 12/13/2021 | $31.87 | 882,835 |
| | 12/13/2021 | $1,032.13 | 882,835 | 01/10/2022 | $2,064.26 | 884,483 |
| | 01/10/2022 | $63.74 | 884,483 | 05/16/2022 | $657.97 | 891,316 |
| | 05/16/2022 | $20.32 | 891,316 | 06/20/2022 | $1,048.43 | 893,021 |
| | 06/20/2022 | $32.37 | 893,021 | 07/18/2022 | $4,597.17 | 894,695 |
| | 07/18/2022 | $141.95 | 894,695 | 09/19/2022 | $1,048.43 | 897,901 |
| | 09/19/2022 | $32.37 | 897,901 | 10/17/2022 | $1,113.95 | 899,545 |
| | 10/17/2022 | $34.40 | 899,545 | 12/12/2022 | $1,214.87 | 902,660 |
| | 12/12/2022 | $37.51 | 902,660 | 01/09/2023 | $2,108.40 | 904,156 |
| | 01/09/2023 | $65.10 | 904,156 | 02/13/2023 | $1,090.87 | 905,698 |
| | 02/13/2023 | $33.68 | 905,698 | 03/13/2023 | $1,090.87 | 907,303 |
| | 03/13/2023 | $33.68 | 907,303 | 04/17/2023 | $1,090.87 | 908,917 |
| | 04/17/2023 | $33.68 | 908,917 | 05/15/2023 | $2,884.84 | 910,494 |
| | 05/15/2023 | $89.08 | 910,494 | 06/12/2023 | $1,106.53 | 911,974 |
| | 06/12/2023 | $34.17 | 911,974 | 07/17/2023 | $1,106.53 | 913,499 |
| | 07/17/2023 | $34.17 | 913,499 | 08/14/2023 | $1,106.53 | 915,017 |
| | 08/14/2023 | $34.17 | 915,017 | 10/16/2023 | $1,106.53 | 917,986 |
| | 10/16/2023 | $34.17 | 917,986 | 11/13/2023 | $2,195.31 | 919,432 |
| | 11/13/2023 | $67.79 | 919,432 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,601.09 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 13,278.33 | 100.00% | 13,278.33 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,282.12 | * | 0.00 | |
| 0006 | CORD BLOOD REGISTRY INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 1,559.77 | * | 0.00 | |
| 0009 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | EMERGENCY PHYSICIAN SERVICES OF N | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | EMERGENCY PHYSICIAN SERVICES OF N | UNSECURED | 549.00 | * | 0.00 | |
| 0016 | HOLY NAME MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | MTA BRIDGES & TUNNELS | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-14615**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0021 | NHCAC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | NY STATE HIGHER ED | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | NYC HUMAN RESOURCES ADMIN | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 9,734.14 | * | 0.00 | |
| 0028 | PROGRESSIVE INSURANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | SYNCB/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SPRINT | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | TOLLS BY MAIL | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 930.59 | * | 0.00 | |
| 0037 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 267.51 | * | 0.00 | |
| 0039 | CAPITAL ONE BANK USA NA | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | HOLY NAME MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | HOLY NAME MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | MTA BRIDGES & TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | MTA BRIDGES & TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | MTA BRIDGES & TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | ECMC | UNSECURED | 53,601.82 | * | 0.00 | |
| 0047 | NAVIENT SOLUTIONS LLC ON BEHALF O | UNSECURED | 22,433.27 | * | 0.00 | |
| 0048 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 264.56 | 100.00% | 264.56 | |
| 0049 | MIDFIRST BANK | MORTGAGE ARRE | 63,259.79 | 100.00% | 45,935.54 | |
| 0050 | SPECIALIZED LOAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | LVNV FUNDING LLC | UNSECURED | 1,542.65 | * | 0.00 | |
| 0052 | MIDFIRST BANK | (NEW) MTG Agree | 1,581.00 | 100.00% | 1,046.08 | |

**Total Paid:  $64,125.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $64,028.00      -      Paid to Claims: $47,246.18      -      Admin Costs Paid: $16,879.42      =      Funds on Hand: $1,122.40

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.