UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, National Association, et al.

In Re:

Nieves Lara-Delgado,

Debtor.

Case No.:    19-14615-RG

Chapter:    13

Hearing Date:    2/21/2024

Judge:    Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 122)

_____

Date: 02/01/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*