Case 19-14615-RG    Doc 143    Filed 04/22/24    Entered 04/22/24 12:19:57    Desc Main
Document      Page 1 of 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

NIEVES L LARA-DELGADO

**Case No.:  19-14615**

**Adv. No.:**

**Hearing Date:**

**Judge:  RG**

## CERTIFICATION OF SERVICE

1.  I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 04/22/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

### Certification of Default

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
NIEVES L LARA-DELGADO
293 HIGHWOOD AVE
TEANECK, NJ  07666-3217
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MARK E NORGAARD
NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  April 22, 2024

By:   /S/  Lauren O'Shea
Lauren O'Shea