Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14615−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Nieves L Lara−Delgado
 293 Highwood Ave
 Teaneck, NJ 07666−3217

Social Security No.:
 xxx−xx−9295

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/18/25 at 10:00 AM

to consider and act upon the following:

*183* − Creditor's Certification of Default (related document:155 Amended Order (Generic)) filed by Denise E. Carlon on behalf of U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1. Objection deadline is 05/29/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*184* − Certification in Opposition to (related document:183 Creditor's Certification of Default (related document:155 Amended Order (Generic)) filed by Denise E. Carlon on behalf of U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1. Objection deadline is 05/29/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1) filed by Mark E Norgaard on behalf of Nieves L Lara−Delgado. (Norgaard, Mark)

Dated: 5/28/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court