UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, et al.

In Re:

Nieves L. Lara-Delgado,

Debtor

Case No.:     19-14615-MEH

Chapter:     13

Hearing Date:     06/18/2025

Judge:     Hall

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 183)

Date: 6/13/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*