Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 19−14615−TBA
                    Chapter: 13
                    Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nieves L Lara−Delgado
    293 Highwood Ave
    Teaneck, NJ 07666−3217

Social Security No.:
    xxx−xx−9295

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/4/26 at 10:00 AM

to consider and act upon the following:

*200* − Notice of Hearing for: Debtor's Objection to Creditor's Certification of Default (related document:196 Creditor's Certification of Default filed by Denise E. Carlon on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−OPX1. 199 Certification in Opposition to filed by Mark E Norgaard on behalf of Debtor Nieves L Lara−Delgado. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 12/3/2025 at 10:00 AM, TBA − Courtroom 3E, Newark. (km)

Dated: 1/8/26

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court