UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
U.S. Bank National Association as trustee on behalf of the
holders of the Citigroup Mortgage Loan Trust Inc. Asset-
Backed Pass-Through Certificates, Series 2007-OPX1

**Order Filed on February 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:
Nieves L Lara-Delgado
                    Debtor

Case No:  19-14615 TBA

Chapter:  13

| Recommend Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

# ORDER GRANTING MOTION FOR RELIEF FROM STAY EFFECTIVE MARCH 1, 2026

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 19, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion **and certification of default** of <u>U.S. Bank National Association as trustee</u> <u>on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through</u> <u>Certificates, Series 2007-OPX1</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, **and counsel for the Debtor, Mark Norgaard, Esq. appearing on behalf of the Debtor,** and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated **EFFECTIVE MARCH 1, 2026** to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real Property More Fully Described as:

**Land and premises commonly known as 293 Highwood Street, Teaneck, NJ 07666**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

☐   Personal Property More Fully Described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease in making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*