Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−14615−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nieves L Lara−Delgado
   293 Highwood Ave
   Teaneck, NJ 07666−3217

Social Security No.:
   xxx−xx−9295

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/1/26 at 10:00 AM

to consider and act upon the following:

**194** − Notice of Hearing for: Debtor's Opposition to Trustee's Certification of Default. (related document:191 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg, 193 Certification in Opposition filed by Mark E Norgaard on behalf of Debtor Nieves L Lara−Delgado). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 11/5/2025 at 10:00 AM, TBA − Courtroom 3E, Newark.. (rah)

Dated: 3/4/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court