# NORGAARD, O'BOYLE & HANNON

(A TRADE NAME OF GARY K. NORGAARD, PC)

## COUNSELLORS AT LAW

GARY K. NORGAARD† (ret.)
JOHN O'BOYLE
KARL J. NORGAARD†
BRIAN G. HANNON†
CASSANDRA C. NORGAARD†

_____

ANTHONY E. HOPE†
MARK E. NORGAARD†

_____

WILLIAM H. SCHMIDT of counsel
ILISSA CHURGIN HOOK of counsel †
MILICA A. FATOVICH of counsel

**184 GRAND AVENUE**
**ENGLEWOOD, NEW JERSEY 07631-3507**
Telephone (201) 871-1333
Facsimile (201) 871-3161

____

810 ASBURY AVENUE, SUITE 206
OCEAN CITY, NEW JERSEY 08226
Telephone No. (609) 439-4070
Facsimile (609) 439-4280
By Appointment Only

____

1025 WESTCHESTER AVENUE, SUITE 215
WHITE PLAINS, NEW YORK 10604
By Appointment Only

Senders Direct Email:
cnorgaard@norgaardfirm.com

† NJ & NY Bars

**www.norgaardfirm.com**

**PLEASE REPLY TO**
**ENGLEWOOD OFFICE**

April 20, 2026

**<u>Via CM/ECF</u>**
Honorable Mark E. Hall
UNITED STATES BANKRUPTCY COURT
King Federal Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

   **Re:**  **Nieves L. Lara-Delgado**
      **Chapter 13, Case No. 19-26-14615(MEH)**
      **Our File No. 19-054C**

Dear Judge Hall,

  Please be advised that our office would like to withdraw the recently filed 3rd Modified Chapter 13 Plan filed on, April 14, 2026 (Docket No.220). A revised 3rd Modified plan will be filed adding a creditor inadvertently left off of the recently modified plan.

  As always, your Honor's attention in this matter is greatly appreciated.

      Respectfully submitted,

      /s/ Mark E. Norgaard, Esq.

      Mark E. Norgaard, Esq.