Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−14615−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nieves L Lara−Delgado
   293 Highwood Ave
   Teaneck, NJ 07666−3217

Social Security No.:
   xxx−xx−9295

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/3/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 3, 2026
JAN: mff

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-14615-MEH

Nieves L Lara-Delgado                                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                  Page 1 of 4

Date Rcvd: Jun 03, 2026                      Form ID: 148                                Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nieves L Lara-Delgado, 293 Highwood Ave, Teaneck, NJ 07666-3217 |
| 518067820 | | Cord Blood Registry, Inc., 6550 S Bay Colony Dr Ste 100, Tuscon, AZ 85756-7150 |
| 518067824 | | Emergency Physician Services of NJ, 718 Teaneck Rd, Teaneck, NJ 07666-4245 |
| 518067825 | | Energency Physician Services of NJ, 718 Teaneck Rd, Teaneck, NJ 07666-4245 |
| 518067828 | + | Faloni & Assoc., 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |
| 518067829 | + | Holy Name Medical Center, 718 Teaneck Rd, Teaneck, NJ 07666-4281 |
| 518067844 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 518067831 | | KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 518067837 | | NHCAC, 800 31st St, Union City, NJ 07087-2428 |
| 518067838 | | NY State Higher ED, 99 Washington Ave, Albany, NY 12210-2822 |
| 518067839 | | NYC Human Resources Admin, 250 Church St Fl 8, New York, NY 10013-3429 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jun 03 2026 20:50:23 | Norgaard, O'Boyle & Hannon, 184 Grand Avenue, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jun 04 2026 00:41:00 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 04 2026 00:41:00 | Exeter Finance LLC, c/o Hogan Data Operations, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jun 03 2026 20:50:11 | Planet Home Lending, LLC as Servicer for Arcpe 1 L, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | EDI: PRA.COM | Jun 04 2026 00:41:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518067815 | | Email/Text: akron_patient_services@teamhealth.com | Jun 03 2026 20:52:00 | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |

District/off: 0312-2                        User: admin                                      Page 2 of 4

Date Rcvd: Jun 03, 2026                     Form ID: 148                                     Total Noticed: 54

| Number | | Code/Method | Date | Recipient |
|---|---|---|---|---|
| 518067816 | ^ | MEBN | Jun 03 2026 20:49:50 | ARS, 1643 NW 136th Ave Bldg H, City of Sunrise, FL 33323-2857 |
| 518067817 | ^ | MEBN | Jun 03 2026 20:49:19 | Awa Collections, PO Box 6605, Orange, CA 92863-6605 |
| 518067821 | | Email/Text: correspondence@credit-control.com | Jun 03 2026 20:52:00 | Credit Control, LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 518067818 | | EDI: CAPONEAUTO.COM | Jun 04 2026 00:47:00 | Capital One Auto Finance, CB Disputes Team, PO Box 259407, Plano, TX 75025-9407 |
| 518099012 | + | EDI: AISACG.COM | Jun 04 2026 00:41:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518160619 | + | EDI: AISACG.COM | Jun 04 2026 00:41:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518173212 | + | EDI: AIS.COM | Jun 04 2026 00:47:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518067819 | | EDI: CAPITALONE.COM | Jun 04 2026 00:41:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518067822 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2026 20:53:54 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518067823 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 03 2026 20:54:16 | Dept of Ed/Navient, 123 S Justison St Fl 3, Wilmington, DE 19801-5360 |
| 518067827 | | Email/Text: bankruptcydepartment@tsico.com | Jun 03 2026 20:53:00 | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 518228316 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 03 2026 20:53:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518213787 | | Email/Text: BNCnotices@dcmservices.com | Jun 03 2026 20:52:00 | Emergency Physician Services of NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518067830 | ^ | MEBN | Jun 03 2026 20:49:11 | HRRG, PO Box 8486, Coral Springs, FL 33075-8486 |
| 518067844 | | EDI: JCTM | Jun 04 2026 00:41:00 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 518141550 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 20:54:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518067832 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 20:53:55 | LVNV Funding LLC, c/o Resurgent Capital Service, PO Box 1269, Greenville, SC 29602-1269 |
| 518102897 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 20:54:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518067834 | ^ | MEBN | Jun 03 2026 20:50:42 | MTA Bridges & Tunnels, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 518241656 | + | EDI: AISMIDFIRST | Jun 04 2026 00:41:00 | MidFirst Bank, 999 NorthWest Grand Blvd., Oklahoma City, OK 73118-6051 |
| 518067833 | | EDI: AISMIDFIRST | Jun 04 2026 00:41:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518067835 | | Email/Text: Bankruptcies@nragroup.com | Jun 03 2026 20:53:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 518067836 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 03 2026 20:53:55 | Navient, 123 S Justison St Fl 3, Wilmington, DE 19801-5363 |
| 518173348 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 03 2026 20:53:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 518262408 | | EDI: MAXMSAIDV | | |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | | User: admin | Page 3 of 4 |
| Date Rcvd: Jun 03, 2026 | | Form ID: 148 | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| | | Jun 04 2026 00:41:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518067840 | Email/Text: janicemorgan@optimum.net | | |
| | | Jun 03 2026 20:53:00 | PDAB Inc., 98 Ford Rd Ste 3B, Denville, NJ 07834-1356 |
| 518067841 | EDI: PRA.COM | | |
| | | Jun 04 2026 00:41:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 518067842 | Email/Text: caineweiner@ebn.phinsolutions.com | | |
| | | Jun 03 2026 20:52:13 | Progressive Insurance, c/o Caine & Weiner, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 518067843 | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Jun 03 2026 20:52:00 | Specialized Loan Services, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 518067845 | EDI: SYNC | | |
| | | Jun 04 2026 00:41:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518067846 | ^ MEBN | | |
| | | Jun 03 2026 20:49:51 | Tolls By Mail, PO Box 15183, Albany, NY 12212-5183 |
| 518067847 | Email/Text: bankruptcydepartment@tsico.com | | |
| | | Jun 03 2026 20:53:00 | Transworld Systems, Inc., 5626 Frantz Rd, Dublin, OH 43017-1559 |
| 518239660 | + EDI: AIS.COM | | |
| | | Jun 04 2026 00:47:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518067849 | EDI: VERIZONCOMB.COM | | |
| | | Jun 04 2026 00:41:00 | Verizon, 500 Technology Dr Ste 300, Weldon Spring, MO 63304-2225 |
| 518067848 | EDI: VERIZONCOMB.COM | | |
| | | Jun 04 2026 00:41:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 518067850 | EDI: VERIZONCOMB.COM | | |
| | | Jun 04 2026 00:41:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518067826 | ## | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026                      Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0312-2                          User: admin                                    Page 4 of 4
Date Rcvd: Jun 03, 2026                       Form ID: 148                                    Total Noticed: 54

Charles G. Wohlrab
                    on behalf of Creditor Planet Home Lending  LLC as Servicer for Arcpe 1 LLC bkecf@friedmanvartolo.com,
                    cwohlrab@ecf.courtdrive.com

Jason Brett Schwartz
                    on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
                    on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc.
                    Asset-Backed Pass-Through Certificates  Series 2007-OPX1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Mark E Norgaard
                    on behalf of Attorney Norgaard  O'Boyle & Hannon mnorgaard@norgaardfirm.com,
                    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.mar
                    ke.b124931@notify.bestcase.com

Mark E Norgaard
                    on behalf of Debtor Nieves L Lara-Delgado mnorgaard@norgaardfirm.com
                    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.mar
                    ke.b124931@notify.bestcase.com

Matthew K. Fissel
                    on behalf of Creditor Planet Home Lending  LLC as Servicer for Arcpe 1 LLC bkgroup@kmllawgroup.com,
                    matthew.fissel@brockandscott.com

Matthew K. Fissel
                    on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc.
                    Asset-Backed Pass-Through Certificates  Series 2007-OPX1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9